**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE (714) 668-2400
FACSIMILE (714) 668-2490

Donald E. Bradley (State Bar No. 145037)
 *d.bradley@mpglaw.com*

Attorneys for Defendant TRANS UNION LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISSY SAMPAN fka CHRISSY CRUZ,<br><br>                  Plaintiff,<br><br>          vs.<br><br>JPMORGAN CHASE BANK AND TRANS UNION LLC,<br><br>                  Defendants. | Case No.<br><br>**DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL**<br><br>**[Removed from Superior Court of the State of California, Los Angeles County, Case No. 16K15626]**<br><br>Summons and Complaint Served: December 27, 2016 |

Trans Union LLC ("Trans Union") hereby files this Notice of Removal pursuant to 28 U.S.C. §1446(d) and in support thereof would respectfully show the Court as follows:

## I.      PROCEDURAL BACKGROUND

1.      On December 21, 2016, Plaintiff Chrissy Sampan ("Plaintiff") filed the Complaint in this action in the Superior Court of California, Los Angeles County, Case No. 16K15626, ("State Court Action") against Defendants alleging damages for alleged violations of the Fair Credit Reporting Act ("FCRA") 15 U.S.C. § 1681 *et seq*., and California Consumer Credit Reporting Agencies Act ("CACCRA"), Cal.

1028889.1

1  Civ. Code § 1785.25, *et seq*.  A complete and accurate copy of the Summons in the

2  State Court Action is attached hereto as **Exhibit A.**

3       2.    A complete and accurate copy of the Complaint in the State Court

4  Action is attached hereto as **Exhibit B**.

5       3.    On or about January 9, 2017, Plaintiff filed a Notice of Settlement as to

6  JPMorgan Chase Bank Only.

7       4.    A complete and accurate copy of the Superior Court's Docket showing

8  all pleadings filed to date in the State Court Action are attached hereto as **Exhibit C**.

9       5.    The time period for filing a responsive pleading in the State Court

10  Action has not expired as of the filing of this Notice of Removal.

11       6.    Trans Union was served with Plaintiff's Summons and Complaint in

12  the State Court Action on December 27, 2016.

13       7.    This Notice of Removal is being filed within the 30-day time period

14  required by 28 U.S.C. §1446(b).

15  **II.  GROUNDS FOR REMOVAL**

16       8.    The present suit is an action over which this Court has original

17  jurisdiction pursuant to 28 U.S.C. §1331 and may be removed to this Court by

18  Defendant pursuant to the provisions of 28 U.S.C. §1441(b), as it is a civil action

19  founded on a claim or right arising under the laws of the United States.  Removal is

20  thus proper because Plaintiff's claims present a federal question.  28 U.S.C. §§1331,

21  1441(b); *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg*., 545 U.S. 308,

22  312 (2005); *Broder v. Cablevision Sys. Corp*., 418 F.3d 187, 194 (2d Cir. 2005);

23  *Peters v. Union Pac. R.R*., 80 F.3d 257, 260 (8th Cir. 1996).  In the Complaint,

24  Plaintiff seeks damages for Defendants' alleged violations of the FCRA and

25  CACCRA.  Moreover, any future claims based on state law may be adjudicated by

26  this Court pursuant to 28 U.S.C. §1367.

27

28

**MUSICK, PEELER
& GARRETT LLP**

ATTORNEYS AT LAW

1028889.1

2

DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

## III.  COMPLIANCE WITH PROCEDURAL REQUIREMENTS

9.  Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within 30 days after Trans Union was served with a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

10.  Pursuant to 28 U.S.C. §1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the state court action is pending.

11.  Promptly after the filing of this Notice of Removal, Trans Union will give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Superior Court of the State of California, County of Los Angeles, as required by 28 U.S.C. §1446(d).

12.  Other than those identified in Exhibit C, and attached in Exhibits A and B, no other proceedings, process, pleadings, orders or other papers have been filed or served in the State Court Action.  Trans Union will supplement this notice with all remaining filings in the State Court Action when they have been obtained.  Trial has not commenced in Superior Court of California, Los Angeles County Case No. 16K15626.

13.  All Defendants that have not settled and been served upon the date filing of this Notice of Removal consent to the removal of this case.  JPMorgan Chase Bank has settled with Plaintiff.  By filing this Notice of Removal, Trans Union LLC consents to the removal of this case.

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

DATED:  January 26, 2017          MUSICK, PEELER & GARRETT LLP

By:  _/s/  Donald E. Bradley_
  Donald E. Bradley
  Attorneys for Defendant TRANS UNION LLC

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is 650 Town Center Drive, Suite 1200, Costa Mesa, CA 92626-1925.

On January 26, 2017, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** on the interested parties in this action as follows:

> Ashley Tuchman
> McCARTHY LAW PLC
> 4250 North Drinkwater Boulevard, Suite 320
> Scottsdale, AZ  85251
> Phone:  (602) 456-8900
> Fax:     (602) 218-4447
> Email: ashley.tuchman@mccarthylawyer.com
> ***Attorneys for Plaintiff***

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:  I** electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 26, 2017, at Costa Mesa, California.

*/s/  April M. Yusay*
April M. Yusay

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

1028889.1

4

DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL