E-FILED
MAR 29 2017
Document # _____

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRISSY SAMPAN fka CHRISSY CRUZ<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK AND TRANS UNION LLC,<br><br>    Defendants. | Case No.: 2:17-cv-00641-PSG-MRW<br><br>**ORDER DISMISSING WITH PREJUDICE** |

The Court having considered the Plaintiff's Motion to Dismiss with Prejudice and good cause appearing,

IT IS ORDERED that the Motion is granted. This action is dismissed with prejudice with each party to bear its own attorneys' fees and costs.

DONE THIS 29th DAY OF March 2017.

_____
By the Court